

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00328-CV

Mayra Marlene **JAUREGUI**,
Appellant

v.

Emilio **JAUREGUI**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI11899
Honorable Martha Tanner, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Brief and Correct the Spelling of Appellant's First Name is hereby GRANTED. The Appellant's Brief is due November 30, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court